# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CODY LIVERMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-15-29-SPS |
| | ) |
| KEN GOLDEN, | ) |
| | ) |
| Defendant. | ) |

## OPINION AND ORDER REGARDING
## MOTIONS IN LIMINE AND
## DEPOSITION DESIGNATIONS

A. The Plaintiff's Motion in Limine and Brief in Support [Docket No. 66] is GRANTED by agreement of the parties.

B. Regarding Defendant's Motion and Brief in Limine [Docket No. 62], the Court orders as follows:

1. The Defendant's motion is GRANTED as to items 1-11, and 13.

2. The Defendant's motion is DENIED as to item 12 ("Witness and Exhibits not listed on Plaintiff's witness or exhibit list"), to be re-urged at the time of trial if appropriate.

3. The Defendant's motion is DENIED as to item 14.

C. Regarding the Defendant's Objections to Plaintiff's Deposition Designations for Lisa Miller [Docket No. 82], the Court orders as follows:

1. The Defendant's Objections to Plaintiff's Deposition Designations are GRANTED as to items 1-4, and 8-16.

2. The Defendant's Objections to Plaintiff's Deposition Designations are DENIED as to items 5-7, 17, and 20-21.

3. The Defendant's Objections in items 18-19 are denied as to the mention of Plaintiff Liverman but granted otherwise.

D. Regarding the Defendant's Objections to Plaintiff's Deposition Designations for Jaime Newberry Calfy [Docket No. 87], the Court orders as follows:

1. The Defendant's Objections are GRANTED as to items 1-12, 17-35 (including both objections identified as No. 35 on pp. 9-10), and 37-46.

2. The Defendant's Objections are DENIED as to items 13-16.

3. The Defendant's Objections with regard to item 36 are GRANTED as to page 146, line 1 – page 148, line 13, and DENIED as to page 148, line 14 – page 149, line 25.

IT IS SO ORDERED this 3rd day of February, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma