IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CODY LIVERMAN,** | ) |
|       **Plaintiff,** | ) |
| v. | )    Case No. CIV-15-29-SPS |
| **KEN GOLDEN, Sheriff,** | ) |
|       **Defendant.** | ) |

## JUDGMENT

This matter came before the Court for a trial by jury from February 17 through February 18, 2016. At the close of evidence, the Court granted the Defendant's oral motion for judgment as a matter of law as to all of Plaintiff's claims.

Accordingly, JUDGMENT IS HEREBY RENDERED in favor of Defendant Ken Golden, Sheriff, and against Plaintiff Cody Liverman.

**It is so ordered** this 19th day of February, 2016.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma